## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| Future Claimants' Representative, Tort Claimants' Committee, and Coalition of Abused Scouts for Justice,<br><br>        Petitioners,<br><br>    v.<br><br>Boy Scouts of America and Delaware BSA, LLC<br><br>        Respondent. | Civil Action No. 21-cv-00392-RGA<br><br>Bankruptcy Case No. 20-10343 (LSS) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

      Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Joshua D. Weinberg, Esquire to represent the Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company in the above-captioned cases.

Dated: March 31, 2021
                                               */s/ Gregory J. Flasser*
                                               Erin R. Fay (No. 5268)
                                               Gregory J. Flasser (No. 6154)
                                               BAYARD, P.A.
                                               600 North King Street, Suite 400
                                               Wilmington, Delaware 19801
                                               Telephone:  (302) 655-5000
                                               Email:  efay@bayardlaw.com
                                                             gflasser@bayardlaw.com

                                               *Counsel for Hartford Accident and Indemnity*
                                               *Company, First State Insurance Company, and*
                                               *Twin City Fire Insurance Company*

# CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund revised 8/31/16, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*/s/ Joshua D. Weinberg*
Joshua D. Weinberg
Shipman & Goodwin LLP
1875 K Street, NW, Suite 600
Washington, DC 20003
Telephone: (202) 469-7750
Email: JWeinberg@goodwin.com

# ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____     _____
United States District Judge