# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| Future Claimants' Representative, Tort Claimants' Committee, and Coalition of Abused Scouts for Justice, <br><br> Petitioners, <br><br> v. <br><br> Boy Scouts of America and Delaware BSA, LLC <br><br> Respondent. | Civil Action No. 21-cv-00392-RGA <br><br> Bankruptcy Case No. 20-10343 (LSS) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of James P. Ruggeri, Esquire, Joshua D. Weinberg, Esquire, Joel W. Millar, Esquire, Danielle Spinelli, Esquire, Philip D. Anker, Esquire and Allyson M. Pierce, Esquire to represent the Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company in the above-captioned cases.

Dated: March 31, 2021

/s/ Gregory J. Flasser
Erin R. Fay (No. 5268)
Gregory J. Flasser (No. 6154)
BAYARD, P.A.
600 North King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Email: efay@bayardlaw.com
       gflasser@bayardlaw.com

*Counsel for Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____    _____
                                                                      United States District Judge

# CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund revised 8/31/16, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: March 31, 2021                      */s/ James P. Ruggeri*
                                                   James P. Ruggeri
                                                   Shipman & Goodwin LLP
                                                   1875 K Street, NW, Suite 600
                                                   Washington, DC 20003
                                                   Telephone: (202) 469-7752
                                                   Email: jruggeri@goodwin.com

# **CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE***

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund revised 8/31/16, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: March 31, 2021                                 */s/ Joshua D. Weinberg*
                                                                  Joshua D. Weinberg
                                                                  Shipman & Goodwin LLP
                                                                  1875 K Street, NW, Suite 600
                                                                  Washington, DC 20003
                                                                  Telephone: (202) 469-7750
                                                                  Email: JWeinberg@goodwin.com

## CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund revised 8/31/16, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: March 31, 2021                          */s/ Joel W. Millar*
                                                    Joel W. Millar
                                                    Wilmer Cutler Pickering Hale and Dorr LLP
                                                    1875 Pennsylvania Avenue, NW
                                                    Washington, DC 20006
                                                    Telephone: (202) 663-6167
                                                    Email: Joel.Millar@WilmerHale.com

# CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New York and Massachusetts and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund revised 8/31/16, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: March 31, 2021  */s/ Danielle Spinelli*
Danielle Spinelli
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6901
Email: Danielle.Spinelli@WilmerHale.com

## CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

  Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund revised 8/31/16, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: March 31, 2021        */s/ Philip D. Anker*
                 Philip D. Anker
                 Wilmer Cutler Pickering Hale and Dorr LL
                 7 World Trade Center
                 250 Greenwich Street
                 Telephone: (212) 230-8890
                 Email: Philip.Anker@WilmerHale.com

# **CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE***

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund revised 8/31/16, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: March 31, 2021                  */s/ Allyson M. Pierce*
                                                   Allyson M. Pierce
                                                   Wilmer Cutler Pickering Hale and Dorr LLP
                                                   7 World Trade Center
                                                   250 Greenwich Street
                                                   Telephone: (202) 663-6167
                                                   Email: Allyson.Pierce@WilmerHale.com