# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | |
| BOY SCOUTS OF AMERICA and | : | |
| DELAWARE BSA, LLC, | : | Civil Action No. 21-cv-00392 (RGA) |
| Debtors. | : | |
| | : | |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST
## FOR ALL NOTICES AND PLEADINGS

Please enter my appearance as attorney for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Ace Insurance Group Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company parties-in interest in the above-captioned matter.

Pursuant to Fed. R. Civ. P. 5, the undersigned requests that he receive copies of all notices, reports, motions, briefs, memoranda, pleadings, proposed plan, disclosure statements, proposed orders, and any other documents filed in the above-referenced matter. All such documents should be served upon the following:

Stamatios Stamoulis, Esq.
Stamoulis & Weinblatt LLC
800 N. West Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 999-1540
stamoulis@swdelaw.com
filings@swdelaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes notices of applications, motions, petitions, and pleadings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, telephone, telephone, telex, telecopy, facsimile or otherwise, which affects the Debtors or the property of the Debtors.

Dated:  April 6, 2021

By: /s/ Stamatios Stamoulis
Stamatios Stamoulis (#4606)
Stamoulis & Weinblatt LLC
800 N. West Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 999-1540
stamoulis@swdelaw.com

*Counsel for Century Imdemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Ace Insurance Group Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company*

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on April 6, 2021, a copy of foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by First Class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

          /s/ Stamatios Stamoulis  
          Stamatios Stamoulis