# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Future Claimants' Representative, Tort Claimants' Committee, and Coalition of Abused Scouts for Justice, | ) ) ) | Civil Action No. 21 – 00392 (RGA) |
| | ) | |
| Petitioners, | ) | Bankruptcy Case No. 20-10343 (LSS) |
| | ) | |
| v. | ) | |
| | ) | |
| Boy Scouts Of America And Delaware BSA, LLC | ) | |
| | ) | |
| Respondent. | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of David J. Molton, Esquire of the firm of Brown Rudnick, LLP, Seven Times Square, New York, NY 10036 to represent Petitioner, the Coalition of Abused Scouts for Justice, in this matter.

Dated: April 16, 2021

/s/ Rachel B. Mersky
Rachel B. Mersky (DE Bar No.: 2049)
Monzack Mersky and Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 656-8162
Facsimile: (302) 656-2769
Email: *rmersky@monlaw.com*
*Attorneys for the Coalition of Abused Scouts for Justice*

## ORDER GRANTING MOTION TO BE ADMITTED *PRO HAC VICE*

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____

_____
THE HONORABLE RICHARD G. ANDREWS
CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, New Jersey, California, the U.S. Supreme Court, U.S. Court of Appeal for the Second, Third and Ninth Circuits, U.S. District Court for the Southern and Eastern Districts of New York and U.S. District Court for the District of New Jersey, Northern District of Illinois, and Northern District of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated:  April 16, 2021

/s/ David J. Molton
David J. Molton
BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Email: *dmolton@brownrudnick.com*