# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| Future Claimants' Representative, Tort Claimants' Committee, and Coalition of Abused Scouts for Justice,<br><br>      Petitioners,<br><br>    v.<br><br>Boy Scouts of America and Delaware BSA, LLC<br><br>      Respondent. | Civil Action No. 21-cv-00392-RGA<br><br>Bankruptcy Case No. 20-10343 (LSS) |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE THAT Erin R. Fay of Bayard, P.A., 600 N. King Street, Suite 400, Wilmington, Delaware 19801, hereby enters her appearance in the above-captioned action on behalf of Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company.

Dated: April 16, 2021

                                                          */s/ Erin R. Fay*
                                                          Erin R. Fay (No. 5268)
                                                          Gregory J. Flasser (No. 6154)
                                                          BAYARD, P.A.
                                                          600 North King Street, Suite 400
                                                          Wilmington, Delaware 19801
                                                          Telephone: (302) 655-5000
                                                          Email: efay@bayardlaw.com
                                                                           gflasser@bayardlaw.com

                                                          *Counsel for Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company*