# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                          Debtors. | Chapter 11<br><br>Bankruptcy Case No. 20-10343 (LSS)<br><br>Jointly Administered |
| FUTURE CLAIMANTS' REPRESENTATIVE, *et al.*,<br><br>                          Petitioner,<br><br>                          v.<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>                          Respondents. | Case No. 21-cv-00392 (RGA) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of James I. Stang of Pachulski Stang Ziehl & Jones LLP to represent the Official Committee of Tort Claimants in the above-captioned action.

Dated: April 16, 2021
                              */s/ James E. O'Neill*
                              James E. O'Neill (Bar No. 4042)
                              Pachulski Stang Ziehl & Jones LLP
                              919 N. Market Street, 17th Floor
                              P.O. Box 8705
                              Wilmington, DE 19899-8705 (Courier 19801)
                              Telephone: (302) 652-4100
                              Facsimile: (302) 652-4400
                              Email: joneill@pszjlaw.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: April __, 2021

_____
Honorable Richard G. Andrews
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 9/1/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: April 16, 2021           */s/ James I. Stang*
                                James I. Stang (CA Bar No. 94435)
                                Pachulski Stang Ziehl & Jones LLP
                                10100 Santa Monica Boulevard, 13th Floor
                                Los Angeles, CA 90067
                                Telephone: (310) 277-6910
                                Facsimile: (310) 201-0760
                                Email: jstang@pszjlaw.com