# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FUTURE CLAIMANTS' REPRESENTATIVE, *et al.*, | Civil Action No. 21-00392-RGA |
| Petitioners, | |
| v. | |
| BOY SCOUTS OF AMERICA, *et al.*, | Re: Docket Nos. 1, 14, 15, 16, 17, 29 |
| Respondents. | |

## FUTURE CLAIMANTS' REPRESENTATIVE, THE OFFICIAL COMMITTEE OF TORT CLAIMANTS, AND THE COALITION OF ABUSED SCOUTS FOR JUSTICE REQUEST FOR ORAL ARGUMENT

James L. Patton, Jr., the Future Claimants' Representative (the "FCR"), the Official Committee of Tort Claimants (the "TCC"), and the Coalition of Abused Scouts for Justice (the "Coalition") (collectively, the "Movants"), respectfully request that the Court grant oral argument in the above-captioned proceeding pursuant to D. Del. L.R. 7.1.4.  Movants believe that oral argument regarding the *Motion of the Future Claimants' Representative, the Official Committee of Tort Claimants, and the Coalition of Abused Scouts for Justice for Entry of an Order, Pursuant to 28 U.S.C. § 157(d) and Bankruptcy Rule 5011(a), Withdrawing the Reference of Proceedings Involving the Estimation of Personal Injury Claims* [Docket No. 1] will allow them to further address the parties' positions and respond promptly to any questions the Court may have with respect to this matter.  Briefing has been completed.

WHEREFORE, Movants respectfully request that the Court schedule this matter for oral argument.

| | |
|---|---|
| Dated: April 27, 2021<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Edwin J. Harron*<br>Robert S. Brady (Bar No. 2847)<br>Edwin J. Harron (Bar No. 3396)<br>Sharon M. Zieg (Bar No. 4196)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br>Email:  rbrady@ycst.com<br>          eharron@ycst.com<br>          szieg@ycst.com<br><br>*Counsel to the Future Claimants' Representative*<br><br>– and –<br><br>PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ James E. O'Neill*<br>James I. Stang (CA Bar No. 94435)<br>Iain A.W. Nasatir (CA Bar No. 148977)<br>John A. Morris (NY Bar No. 2405397)<br>James E. O'Neill (DE Bar No. 4042)<br>John W. Lucas (CA Bar No. 271038)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone:  (302) 652-4100<br>Facsimile:  (302) 652-4400<br>Email:  jstang@pszjlaw.com<br>          inasatir@pszjlaw.com<br>          jmorris@pszjlaw.com<br>          joneill@pszjlaw.com<br>          jlucas@pszjlaw.com<br><br>*Counsel for the Tort Claimants' Committee*<br><br>– and –<br><br>MONZACK MERSKY AND BROWDER, P.A.<br><br>*/s/ Rachel B. Mersky*<br>Rachel B. Mersky (DE No. 2049)<br>1201 North Orange Street, Suite 400 |

Wilmington, Delaware 19801
Telephone:  (302) 656-8162
Facsimile:  (302) 656-2769
E-mail:  rmersky@monlaw.com

– and –

BROWN RUDNICK LLP
David J. Molton, Esq.
Eric R. Goodman, Esq.
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Email: dmolton@brownrudnick.com
Email: egoodman@brownrudnick.com

– and –

Sunni P. Beville, Esq.
Tristan G. Axelrod, Esq.
One Financial Center
Boston, MA 02111
Telephone:  (617) 856-8200
Email: sbeville@brownrudnick.com
Email: taxelrod@brownrudnick.com

– and –

ROBBINS, RUSSELL, ENGLERT, ORSECK,
  UNTEREINER & SAUBER LLP
Lawrence S. Robbins*
Ariel N. Lavinbuk*
William J. Trunk*
Joshua S. Bolian*
2000 K Street NW, 4th Floor
Washington, DC 20006
Telephone:  202-775-4500
Email:  lrobbins@robbinsrussell.com
           alavinbuk@robbinsrussell.com
           wtrunk@robbinsrussell.com
           jbolian@robbinsrussell.com
* (motion to appear *pro hac vice* forthcoming)

*Counsel to the Coalition of Abused Scouts for Justice*