IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FUTURE CLAIMANTS' REPRESENTATIVE, *et al.*,<br><br>Petitioner,<br><br>v.<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Respondents. | Case No. 21-cv-00392 (RGA) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, depose and say that I am employed by Omni Agent Solutions (**"Omni"**), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On April 22, 2021, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Reply Brief of the Future Claimants' Representative, the Official Committee of Tort Claimants, and the Coalition of Abused Scouts for Justice in Support of their Motion to Withdraw the Reference of Proceedings Involving the Estimation of Personal Injury Claims [Docket No. 29].**

Dated: April 26, 2021

/s/ Randy Lowry
Randy Lowry
Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
(818) 906-8300

{State of California    }
{                        } ss.
{County of Los Angeles   }

Subscribed and sworn to (or affirmed) before me on this 26th day of April, 2021, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

[Notary Seal: DARLEEN SAHAGUN, Notary Public – California, Los Angeles County, Commission # 2230950, My Comm. Expires Feb 11, 2022]

# **EXHIBIT A**

**Exhibit A**
**Service List**
**Served as set forth below**

| Description | Name | Address | | | Method of Service |
|---|---|---|---|---|---|
| Local Council | Abraham Lincoln | 5231 S 6Th Street Rd | Springfield, IL 62703-5143 | | First Class Mail |
| Local Council | Alabama-Florida | 6801 W Main St | Dothan, AL 36305-6937 | | First Class Mail |
| Local Council | Alameda | 1714 Everett St | Alameda, CA 94501-1529 | | First Class Mail |
| Local Council | Alamo Area | 2226 Nw Military Hwy | San Antonio, TX 78213-1894 | | First Class Mail |
| Local Council | Allegheny Highlands | Po Box 261 | Falconer, NY 14733-0261 | | First Class Mail |
| Insurer | Allianz Global Corporate & Specialty Se | 28 Liberty St, 24th Fl | New York, NY 10005-1400 | | First Class Mail |
| Insurer | Allied World Assurance Co (U.S.), Inc | 199 Water St | New York, NY 10038-3526 | | First Class Mail |
| Local Council | Aloha | 42 Puiwa Rd | Honolulu, HI 96817-1127 | | First Class Mail |
| Insurer | American International Group, Inc | 175 Water St, 27th Fl | New York, NY 10038-4918 | | First Class Mail |
| Local Council | Andrew Jackson | 855 Riverside Dr | Jackson, MS 39202-1199 | | First Class Mail |
| Local Council | Anthony Wayne Area | 8315 W Jefferson Blvd | Fort Wayne, IN 46804-8302 | | First Class Mail |
| Local Council | Arbuckle Area | Po Box 5309 | Ardmore, OK 73403-0309 | | First Class Mail |
| Insurer | Arch Insurance Co | 1 Liberty Plz | New York, NY 10006-1404 | | First Class Mail |
| Insurer | Arch Specialty Insurance Co | 1 Liberty Plz | New York, NY 10006-1404 | | First Class Mail |
| Local Council | Atlanta Area | 1800 Cir 75 Pkwy Se | Atlanta, GA 30339-3055 | | First Class Mail |
| Insurer | Axa Xl | 1290 Ave of the Americas | New York, NY 10104-0101 | | First Class Mail |
| Insurer | Axis Capital Holdings, Ltd | 10000 Avalon Blvd, Ste 200 | Alpharetta, GA 30009-2531 | | First Class Mail |
| Local Council | Baden-Powell | 2150 Nys Route 12 | Binghamton, NY 13901 | | First Class Mail |
| Local Council | Baltimore Area | 701 Wyman Park Dr | Baltimore, MD 21211-2805 | | First Class Mail |
| Local Council | Bay Area | 3020 53Rd St | Galveston, TX 77551-5917 | | First Class Mail |
| Local Council | Bay-Lakes | 2555 Nern Rd | Appleton, WI 54912 | | First Class Mail |
| Local Council | Black Hills Area | 144 North St | Rapid City, SD 57701-1247 | | First Class Mail |
| Local Council | Black Swamp Area | 2100 Broad Ave | Findlay, OH 45840-2748 | | First Class Mail |
| Local Council | Black Warrior | Po Box 3088 | Tuscaloosa, AL 35403-3088 | | First Class Mail |
| Local Council | Blackhawk Area | 2820 Mcfarland Rd | Rockford, IL 61107-6808 | | First Class Mail |
| Local Council | Blue Grass | 2134 Nicholasville Rd Ste 3 | Lexington, KY 40503-2521 | | First Class Mail |
| Local Council | Blue Mountain | 8478 W Gage Blvd | Kennewick, WA 99336-1075 | | First Class Mail |
| Local Council | Blue Ridge | 1 Park Plz | Greenville, SC 29607-5851 | | First Class Mail |
| Local Council | Blue Ridge Mountains | 2131 Valley View Blvd Nw | Roanoke, VA 24012-2031 | | First Class Mail |
| Insurer | Boiler Inspection & Ins Co Of Canada | Lloyd Sadd Insurance Brokers Ltd | 700-10240 124 St Nw | Edmonton, Ab T5N3W6 | Canada | First Class Mail |
| Local Council | Buckeye | 2301 13Th St Nw | Canton, OH 44708-3157 | | First Class Mail |
| Local Council | Buckskin | 2829 Kanawha Blvd E | Charleston, WV 25311-1727 | | First Class Mail |
| Local Council | Bucktail | 209 1St St | Dubois, PA 15801-3007 | | First Class Mail |
| Local Council | Buffalo Trace | 3501 E Lloyd Expy | Evansville, IN 47715-8624 | | First Class Mail |
| Local Council | Buffalo Trail | 1101 W Texas Ave | Midland, TX 79701-6171 | | First Class Mail |
| Local Council | Caddo Area | Po Box 5807 | Texarkana, TX 75505-5807 | | First Class Mail |
| Local Council | Calcasieu Area | 304 Dr Michael Debakey Dr | Lake Charles, LA 70601-5822 | | First Class Mail |
| Local Council | California Inland Empire | 1230 Indiana Ct | Redlands, CA 92374-2896 | | First Class Mail |
| Local Council | Cape Cod And Islands | 247 Willow St | Yarmouth Port, MA 02675-1744 | | First Class Mail |
| Local Council | Cape Fear | Po Box 7156 | Wilmington, NC 28406-7156 | | First Class Mail |
| Local Council | Capitol Area | 12500 N Ih 35 | Austin, TX 78753-1312 | | First Class Mail |
| Local Council | Cascade Pacific | 2145 Sw Naito Pkwy | Portland, OR 97201-5197 | | First Class Mail |
| Local Council | Catalina | 2250 E Broadway Blvd | Tucson, AZ 85719-6014 | | First Class Mail |
| Local Council | Central Florida | 1951 S Orange Blossom Trl Ste 102 | Apopka, FL 32703-7747 | | First Class Mail |
| Local Council | Central Georgia | 4335 Confederate Way | Macon, GA 31217-4719 | | First Class Mail |
| Local Council | Central Minnesota | 1191 Scout Dr | Sartell, MN 56377-4537 | | First Class Mail |
| Local Council | Central North Carolina | Po Box 250 | Albemarle, NC 28002-0250 | | First Class Mail |
| Insurer | Certain Underwriters At Lloyd'S | Crc Insurance Services Inc | 7557 Rambler Rd, Ste 300 | Dallas, TX 75231-2388 | First Class Mail |
| Local Council | Chattahoochee | 1237 1St Ave | Columbus, GA 31901-5283 | | First Class Mail |
| Local Council | Cherokee Area | 6031 Lee Hwy | Chattanooga, TN 37421-2930 | | First Class Mail |
| Local Council | Cherokee Area | 520 S Quapaw Ave | Bartlesville, OK 74003-4330 | | First Class Mail |
| Local Council | Chester County | 913 Victoria Ct | Downingtown, PA 19335-4461 | | First Class Mail |
| Local Council | Chickasaw | 171 S Hollywood St | Memphis, TN 38112-4802 | | First Class Mail |
| Local Council | Chief Cornplanter | 316 4Th Ave | Warren, PA 16365-5712 | | First Class Mail |
| Local Council | Chief Seattle | 3120 Rainier Ave S | Seattle, WA 98144-6015 | | First Class Mail |
| Local Council | Chippewa Valley | 710 S Hastings Way | Eau Claire, WI 54701-3425 | | First Class Mail |
| Local Council | Choctaw Area | Po Box 3784 | Meridian, MS 39303-3784 | | First Class Mail |
| Insurer | Chubb Group Of Insurance Companies | 202B Halls Mill Rd | Whitehouse Station, NJ 08889 | | First Class Mail |
| Local Council | Cimarron | Po Box 3146 | Enid, OK 73702-3146 | | First Class Mail |
| Local Council | Circle Ten | Po Box 35726 | Dallas, TX 75235-0726 | | First Class Mail |
| Insurer | Cna Insurance Companies | 151 N Franklin St | Chicago, IL 60606-1915 | | First Class Mail |
| Local Council | Coastal Carolina | 9297 Medical Plaza Dr | North Charleston, SC 29406-9136 | | First Class Mail |
| Local Council | Coastal Georgia | 11900 Abercorn St | Savannah, GA 31419-1910 | | First Class Mail |
| Local Council | Colonial Virginia | 11834 Canon Blvd Ste L | Newport News, VA 23606-2581 | | First Class Mail |
| Insurer | Colony Insurance Co | P.O. Box 85122 | Richmond, VA 23285-5122 | | First Class Mail |
| Local Council | Columbia-Montour | 5 Audubon Ct | Bloomsburg, PA 17815-7754 | | First Class Mail |
| Local Council | Connecticut Rivers | 60 Darlin St | East Hartford, CT 06108-3256 | | First Class Mail |
| Local Council | Connecticut Yankee | 60 Wellington Rd | Milford, CT 06461-1600 | | First Class Mail |
| Local Council | Conquistador | 2603 N Aspen Ave | Roswell, NM 88201-9785 | | First Class Mail |
| Local Council | Cornhusker | Po Box 269 | Walton, NE 68461-0269 | | First Class Mail |
| Local Council | Coronado Area | 644 S Ohio St | Salina, KS 67401-3346 | | First Class Mail |
| Local Council | Cradle Of Liberty | 1485 Valley Forge Rd | Wayne, PA 19087-1346 | | First Class Mail |
| Local Council | Crater Lake | 3039 Hanley Rd | Central Point, OR 97502-1474 | | First Class Mail |
| Local Council | Crossroads Of America | 7125 Fall Creek Rd | Indianapolis, IN 46256-3167 | | First Class Mail |
| Local Council | Dan Beard | 10078 Reading Rd | Cincinnati, OH 45241-4833 | | First Class Mail |
| Local Council | Daniel Boone | 333 W Haywood St | Asheville, NC 28801-3155 | | First Class Mail |
| Local Council | Daniel Webster | 571 Holt Ave | Manchester, NH 03109-5214 | | First Class Mail |
| Local Council | De Soto Area | 118 W Peach St | El Dorado, AR 71730-5611 | | First Class Mail |
| Local Council | Del-Mar-Va | 1910 Baden Powell Way | Dover, DE 19904-6473 | | First Class Mail |
| Local Council | Denver Area | 10455 W 6Th Ave | Denver, CO 80215-5780 | | First Class Mail |
| Local Council | East Carolina | Po Box 1698 | Kinston, NC 28503-1698 | | First Class Mail |
| Local Council | East Texas Area | 4908 Hightech Dr | Tyler, TX 75703-2625 | | First Class Mail |
| Insurer | Endurance American Specialty Ins Co | Attn: Excess Casualty - E&S | 750 3rd Ave | New York, NY 10017-2703 | First Class Mail |
| Local Council | Erie Shores | 5600 W Sylvania Ave | Toledo, OH 43623-3307 | | First Class Mail |
| Local Council | Evangeline Area | 2266 S College Rd | Lafayette, LA 70508-8300 | | First Class Mail |
| Insurer | Evanston Insurance Co | 10275 W Higgins Rd, Ste 700 | Rosemont, IL 60018-6408 | | First Class Mail |
| Insurer | Fairfax (Us) Inc | 2850 Lake Vista Dr, Ste 150 | Lewisville, TX 75067-4297 | | First Class Mail |
| Local Council | Far East | Okinawa | Unit 35049 Mcb Camp Foster | Fpo, AP 96373-5049 | First Class Mail |
| Insurer | Federal Insurance Co | 1133 6th Ave | New York, NY 10036-6710 | | First Class Mail |
| Local Council | Five Rivers | 244 W Water St | Elmira, NY 14901-2926 | | First Class Mail |
| Local Council | Flint River | 1363 Zebulon Rd | Griffin, GA 30224-5100 | | First Class Mail |
| Local Council | French Creek | 1815 Robison Rd W | Erie, PA 16509-4905 | | First Class Mail |
| Local Council | Gamehaven | 607 E Center St Apt 516 | Rochester, MN 55904-3123 | | First Class Mail |
| Local Council | Garden State | 693 Rancocas Rd | Westampton, NJ 08060-5626 | | First Class Mail |
| Local Council | Gateway Area | 2600 Quarry Rd | La Crosse, WI 54601-3997 | | First Class Mail |
| Insurer | Gemini Insurance, Co | 475 Steamboat Rd | Greenwich, CT 06830-7144 | | First Class Mail |
| Local Council | Georgia-Carolina | 4132 Madeline Dr | Augusta, GA 30909-9114 | | First Class Mail |
| Local Council | Glacier'S Edge | Po Box 14135 | Madison, WI 53708-0135 | | First Class Mail |
| Local Council | Golden Empire | 251 Commerce Cir | Sacramento, CA 95815-4203 | | First Class Mail |
| Local Council | Golden Spread | 401 Tascosa Rd | Amarillo, TX 79124-1619 | | First Class Mail |
| Local Council | Grand Canyon | 8840 E. Chaparral Rd. Ste 200 | Scottsdale, AZ 85250 | | First Class Mail |
| Local Council | Grand Columbia | 12 N 10Th Ave | Yakima, WA 98902-3015 | | First Class Mail |
| Local Council | Grand Teton | 3910 S Yellowstone Hwy | Idaho Falls, ID 83402-4342 | | First Class Mail |
| Local Council | Great Alaska | 3117 Patterson St | Anchorage, AK 99504-4041 | | First Class Mail |
| Local Council | Great Lakes Fsc | 1776 W Warren Ave | Detroit, MI 48208-2215 | | First Class Mail |
| Local Council | Great Rivers | 1203 Fay St | Columbia, MO 65201-4719 | | First Class Mail |
| Local Council | Great Salt Lake | 8389 S 700 W | Sandy, UT 84070-6400 | | First Class Mail |
| Local Council | Great Smoky Mountain | Po Box 51885 | Knoxville, TN 37950-1885 | | First Class Mail |
| Local Council | Great Southwest | 5841 Office Blvd Ne | Albuquerque, NM 87109-5820 | | First Class Mail |
| Local Council | Great Trail | 4500 Hudson Dr | Stow, OH 44224-1702 | | First Class Mail |

**Exhibit A**
Service List
Served as set forth below

| Description | Name | Address | | | Method of Service |
|---|---|---|---|---|---|
| Local Council | Greater Alabama | Po Box 43307 | Birmingham, AL 35243-0307 | | First Class Mail |
| Local Council | Greater Los Angeles Area | 2333 Scout Way | Los Angeles, CA 90026-4912 | | First Class Mail |
| Local Council | Greater New York | 475 Riverside Dr Ste 600 | New York, NY 10115-0072 | | First Class Mail |
| Local Council | Greater Niagara Frontier | 2860 Genesee St | Buffalo, NY 14225-3131 | | First Class Mail |
| Local Council | Greater St Louis Area | 4568 W Pine Blvd | Saint Louis, MO 63108-2193 | | First Class Mail |
| Local Council | Greater Tampa Bay Area | 13228 N Central Ave | Tampa, FL 33612-3462 | | First Class Mail |
| Local Council | Greater Wyoming | 3939 Casper Mountain Rd | Casper, WY 82601-6073 | | First Class Mail |
| Local Council | Greater Yosemite | 4031 Technology Dr | Modesto, CA 95356-9490 | | First Class Mail |
| Local Council | Green Mountain | Po Box 557 | Waterbury, VT 05676-0557 | | First Class Mail |
| Local Council | Greenwich | 63 Mason St | Greenwich, CT 06830-5501 | | First Class Mail |
| Insurer | Grt American Property & Casualty Ins Grp | 301 E 4th St | Cincinnati, OH 45202-4245 | | First Class Mail |
| Local Council | Gulf Coast | 9440 University Pkwy | Pensacola, FL 32514-5434 | | First Class Mail |
| Local Council | Gulf Stream | 8335 N Military Trl | West Palm Beach, FL 33410-6329 | | First Class Mail |
| Insurer | Hallmark Specialty Insurance Co | Two Lincoln Centre | 5420 Lyndon B Johnson Fwy, Ste 1100 | Dallas, TX 75240-2345 | First Class Mail |
| Insurer | Hartford Fire Insurance Co | 1 Hartford Plaza | Hartford, CT 06105 | | First Class Mail |
| Insurer | Hartford Steam Boiler Inspection & Insurance Co | 1 State St | Hartford, CT 06103-3100 | | First Class Mail |
| Local Council | Hawk Mountain | 5027 Pottsville Pike | Reading, PA 19605-9516 | | First Class Mail |
| Local Council | Hawkeye Area | 660 32Nd Ave Sw | Cedar Rapids, IA 52404-3910 | | First Class Mail |
| Local Council | Heart Of America | 10210 Holmes Rd | Kansas City, MO 64131-4212 | | First Class Mail |
| Local Council | Heart Of New England | 1980 Lunenburg Rd | Lancaster, MA 01523-2735 | | First Class Mail |
| Local Council | Heart Of Virginia | Po Box 6809 | Richmond, VA 23230-0809 | | First Class Mail |
| Local Council | Hoosier Trails | 5625 E State Road 46 | Bloomington, IN 47401-9233 | | First Class Mail |
| Local Council | Housatonic | 111 New Haven Ave | Derby, CT 06418-2197 | | First Class Mail |
| Local Council | Hudson Valley | 6 Jeanne Dr | Newburgh, NY 12550-1701 | | First Class Mail |
| Local Council | Illowa | 4412 N Brady St | Davenport, IA 52806-4009 | | First Class Mail |
| Insurer | Indian Harbor Insurance Co | 70 Seaview Ave | Stamford, CT 06902-6066 | | First Class Mail |
| Local Council | Indian Nations | 4295 S Garnett Rd | Tulsa, OK 74146-4261 | | First Class Mail |
| Local Council | Indian Waters | Po Box 144 | Columbia, SC 29202-0144 | | First Class Mail |
| Local Council | Inland Northwest | West 411 Boy Scout Way | Spokane, WA 99201-2243 | | First Class Mail |
| Local Council | Iroquois Trail | 102 S Main St | Oakfield, NY 14125-1241 | | First Class Mail |
| Local Council | Istrouma Area | 9644 Brookline Ave | Baton Rouge, LA 70809-1432 | | First Class Mail |
| Local Council | Jayhawk Area | 1020 Se Monroe St | Topeka, KS 66612-1110 | | First Class Mail |
| Local Council | Jersey Shore | 1518 Ridgeway Rd | Toms River, NJ 08755-4072 | | First Class Mail |
| Local Council | Juniata Valley | 9 Taylor Dr | Reedsville, PA 17084-9739 | | First Class Mail |
| Local Council | Katahdin Area | Po Box 1869 | Bangor, ME 04402-1869 | | First Class Mail |
| Local Council | La Salle | 1340 S Bend Ave | South Bend, IN 46617-1424 | | First Class Mail |
| Local Council | Lake Erie | Po Box 93388 | Cleveland, OH 44101-5388 | | First Class Mail |
| Local Council | Las Vegas Area | 7220 Paradise Rd | Las Vegas, NV 89119-4403 | | First Class Mail |
| Local Council | Last Frontier | 3031 Nw 64Th St | Oklahoma City, OK 73116-3525 | | First Class Mail |
| Local Council | Laurel Highlands | Flag Plaza | 1275 Bedford Ave | Pittsburgh, PA 15219-3699 | First Class Mail |
| Local Council | Leatherstocking | 1401 Genesee St | Utica, NY 13501-4399 | | First Class Mail |
| Insurer | Lexington Insurance Co | 99 High St Fl 24 | Boston, MA 02110-2320 | | First Class Mail |
| Insurer | Liberty Insurance Corp | 175 Berkeley St | Boston, MA 02116-5066 | | First Class Mail |
| Insurer | Liberty Mutual Insurance Companies | 175 Berkeley St | Boston, MA 02116-5066 | | First Class Mail |
| Insurer | Liberty Surplus Insurance Corp | 150 Berkeley St | Boston, MA 02116 | | First Class Mail |
| Local Council | Lincoln Heritage | 12001 Sycamore Station Pl | Louisville, KY 40299-4898 | | First Class Mail |
| Insurer | Lloyd's Syndicate 2623 | Beazley Usa Services, Inc | 30 Batterson Park Rd | Farmington, CT 06032-2545 | First Class Mail |
| Local Council | Long Beach Area | 401 E 37Th St | Long Beach, CA 90807-3405 | | First Class Mail |
| Local Council | Longhorn | Po Box 54190 | Hurst, TX 76054-4190 | | First Class Mail |
| Local Council | Longhouse | 2803 Brewerton Rd | Syracuse, NY 13211-1003 | | First Class Mail |
| Local Council | Longs Peak | 2215 23Rd Ave | Greeley, CO 80634-6632 | | First Class Mail |
| Local Council | Los Padres | 4000 Modoc Rd | Santa Barbara, CA 93110-1807 | | First Class Mail |
| Local Council | Louisiana Purchase | Po Box 2405 | Monroe, LA 71207-2405 | | First Class Mail |
| Local Council | Marin | 225 W End Ave | San Rafael, CA 94901-2645 | | First Class Mail |
| Local Council | Mason-Dixon | 18600 Crestwood Dr | Hagerstown, MD 21742-2799 | | First Class Mail |
| Local Council | Mayflower | 2 Mount Royal Ave Ste 100 | Marlborough, MA 01752-1976 | | First Class Mail |
| Local Council | Mecklenburg County | 1410 E 7Th St | Charlotte, NC 28204-2408 | | First Class Mail |
| Local Council | Miami Valley | 7285 Poe Ave | Dayton, OH 45414-2560 | | First Class Mail |
| Local Council | Michigan Crossroads | 137 S Marketplace Blvd | Lansing, MI 48917-7756 | | First Class Mail |
| Local Council | Mid-America | 12401 W Maple Rd | Omaha, NE 68164-1853 | | First Class Mail |
| Local Council | Middle Tennessee | Po Box 150409 | Nashville, TN 37215-0409 | | First Class Mail |
| Local Council | Mid-Iowa | 6123 Scout Trl | Des Moines, IA 50321-1601 | | First Class Mail |
| Local Council | Midnight Sun | 1400 Gillam Way | Fairbanks, AK 99701-6044 | | First Class Mail |
| Local Council | Minsi Trails | Po Box 20624 | Lehigh Valley, PA 18002-0624 | | First Class Mail |
| Local Council | Mississippi Valley | 2522 Locust St | Quincy, IL 62301-3328 | | First Class Mail |
| Local Council | Mobile Area | 2587 Government Blvd | Mobile, AL 36606-1697 | | First Class Mail |
| Local Council | Monmouth | 705 Ginesi Dr | Morganville, NJ 07751-1235 | | First Class Mail |
| Local Council | Montana | 820 17Th Ave S | Great Falls, MT 59405-5999 | | First Class Mail |
| Local Council | Moraine Trails | 830 Morton Ave | Butler, PA 16001-3398 | | First Class Mail |
| Local Council | Mount Baker | 1715-100th Pl Se | Everett, WA 98208-3827 | | First Class Mail |
| Local Council | Mount Diablo Silverado | 800 Ellinwood Way | Pleasant Hill, CA 94523-4703 | | First Class Mail |
| Local Council | Mountaineer Area | 1831 Speedway Ave | Fairmont, WV 26554-3349 | | First Class Mail |
| Local Council | Muskingum Valley | 734 Moorehead Ave | Zanesville, OH 43701-3349 | | First Class Mail |
| Local Council | Narragansett | Po Box 14777 | East Providence, RI 02914-0777 | | First Class Mail |
| Local Council | National Capital Area | 9190 Rockville Pike | Bethesda, MD 20814-3897 | | First Class Mail |
| Local Council | Nevada Area | 500 Double Eagle Ct | Reno, NV 89521-8991 | | First Class Mail |
| Local Council | New Birth Of Freedom | 1 Baden Powell Ln | Mechanicsburg, PA 17050-2344 | | First Class Mail |
| Local Council | North Florida | 521 Edgewood Ave S | Jacksonville, FL 32205-5359 | | First Class Mail |
| Local Council | Northeast Georgia | Po Box 399 | Jefferson, GA 30549-0399 | | First Class Mail |
| Local Council | Northeast Illinois | 850 Forest Edge Dr | Vernon Hills, IL 60061-3105 | | First Class Mail |
| Local Council | Northeast Iowa | 10601 Military Rd | Dubuque, IA 52003-8978 | | First Class Mail |
| Local Council | Northeastern Pennsylvania | 72 Montage Mountain Rd | Moosic, PA 18507-1753 | | First Class Mail |
| Local Council | Northern Lights | 4200 19Th Ave S | Fargo, ND 58103-7207 | | First Class Mail |
| Local Council | Northern New Jersey | 25 Ramapo Valley Rd | Oakland, NJ 07436-1709 | | First Class Mail |
| Local Council | Northern Star | 6202 Bloomington Rd | Fort Snelling, MN 55111-2600 | | First Class Mail |
| Local Council | Northwest Georgia | Po Box 1422 | Rome, GA 30162-1422 | | First Class Mail |
| Local Council | Northwest Texas | 3604 Maplewood Ave | Wichita Falls, TX 76308-2121 | | First Class Mail |
| Local Council | Norwela | Po Box 4341 | Shreveport, LA 71134-0341 | | First Class Mail |
| Local Council | Occoneechee | 3231 Atlantic Ave | Raleigh, NC 27604-1675 | | First Class Mail |
| Local Council | Ohio River Valley | Po Box 6186 | Wheeling, WV 26003-0716 | | First Class Mail |
| Local Council | Old Hickory | 6600 Silas Creek Pkwy | Winston Salem, NC 27106-5058 | | First Class Mail |
| Local Council | Old North State | Po Box 29046 | Greensboro, NC 27429-9046 | | First Class Mail |
| Insurer | Old Republic Insurance Group | 307 N Michigan Ave | Chicago, IL 60601-5311 | | First Class Mail |
| Local Council | Orange County | 1211 E Dyer Rd | Santa Ana, CA 92705-5670 | | First Class Mail |
| Local Council | Oregon Trail | 2525 Martin Luther King Jr Blvd | Eugene, OR 97401-5898 | | First Class Mail |
| Local Council | Ore-Ida | 8901 W Franklin Rd | Boise, ID 83709-0638 | | First Class Mail |
| Local Council | Overland Trails | 2808 O Flannagan St | Grand Island, NE 68803-1331 | | First Class Mail |
| Local Council | Ozark Trails | 1616 S Eastgate Ave | Springfield, MO 65809-2116 | | First Class Mail |
| Local Council | Pacific Harbors | 4802 S 19Th St | Tacoma, WA 98405-1164 | | First Class Mail |
| Local Council | Pacific Skyline | 1150 Chess Dr | Foster City, CA 94404-1107 | | First Class Mail |
| Local Council | Palmetto | 420 S Church St | Spartanburg, SC 29306-5232 | | First Class Mail |
| Local Council | Pathway To Adventure | 1218 W Adams St | Chicago, IL 60607-2802 | | First Class Mail |
| Local Council | Patriots' Path | 1 Saddle Rd | Cedar Knolls, NJ 07927-1901 | | First Class Mail |
| Local Council | Pee Dee Area | Po Box 268 | Florence, SC 29503-0268 | | First Class Mail |
| Local Council | Pennsylvania Dutch | 630 Janet Ave Ste B114 | Lancaster, PA 17601-4541 | | First Class Mail |
| Local Council | Piedmont | Po Box 1059 | Gastonia, NC 28053-1059 | | First Class Mail |
| Local Council | Piedmont | 10 Highland Way | Piedmont, CA 94611-4095 | | First Class Mail |
| Local Council | Pikes Peak | 985 W Fillmore St | Colorado Springs, CO 80907-5809 | | First Class Mail |

**Exhibit A**
**Service List**
**Served as set forth below**

| Description | Name | Address | | | Method of Service |
|---|---|---|---|---|---|
| Local Council | Pine Burr Area | 1318 Hardy St | Hattiesburg, MS 39401-4982 | | First Class Mail |
| Local Council | Pine Tree | 146 Plains Rd | Raymond, ME 04071-6234 | | First Class Mail |
| Local Council | Pony Express | 1704 Buckingham St | Saint Joseph, MO 64506-3605 | | First Class Mail |
| Local Council | Potawatomi Area | 804 Bluemound Rd | Waukesha, WI 53188-1698 | | First Class Mail |
| Local Council | Prairielands | 3301 Farber Dr | Champaign, IL 61822-1085 | | First Class Mail |
| Local Council | President Ford Fsc | 3213 Walker Ave Nw | Grand Rapids, MI 49544-9775 | | First Class Mail |
| Local Council | Puerto Rico | Boy Scouts Building | 405 Ave Esmeralda Ste 102 Pmb 661 | Guaynabo, PR 00969-4482 | First Class Mail |
| Local Council | Pushmataha Area | 420 31St Ave N | Columbus, MS 39705-1806 | | First Class Mail |
| Local Council | Quapaw Area | 3220 Cantrell Rd | Little Rock, AR 72202-1847 | | First Class Mail |
| Local Council | Quivira | 3247 N Oliver St | Wichita, KS 67220-2106 | | First Class Mail |
| Local Council | Rainbow | 921 S State St | Lockport, IL 60441-3435 | | First Class Mail |
| Local Council | Redwood Empire | 1000 Apollo Way | Santa Rosa, CA 95407-5462 | | First Class Mail |
| Local Council | Rio Grande | Po Box 2424 | Harlingen, TX 78551-2424 | | First Class Mail |
| Local Council | Rip Van Winkle | 1300 Ulster Ave Ste 107 | Kingston, NY 12401-1571 | | First Class Mail |
| Local Council | Rocky Mountain | 411 S Pueblo Blvd | Pueblo, CO 81005-1204 | | First Class Mail |
| Insurer | Rsui Indemnity Co | 945 E Paces Ferry Rd NE, Ste 1800 | Atlanta, GA 30326-1373 | | First Class Mail |
| Local Council | Sagamore | 518 N Main St | Kokomo, IN 46901-4652 | | First Class Mail |
| Local Council | Sam Houston Area | 2225 North Loop W | Houston, TX 77008-1311 | | First Class Mail |
| Local Council | Samoset | 3511 Camp Phillips Rd | Weston, WI 54476-6320 | | First Class Mail |
| Local Council | San Diego-Imperial | 1207 Upas St | San Diego, CA 92103-5127 | | First Class Mail |
| Local Council | San Francisco Bay Area | 1001 Davis St | San Leandro, CA 94577-1514 | | First Class Mail |
| Local Council | Santa Fe Trail | 402 E Fulton St Ste 4 | Garden City, KS 67846-5677 | | First Class Mail |
| Local Council | Seneca Waterways | 2320 Bri Hen Tl Rd | Rochester, NY 14623-2782 | | First Class Mail |
| Local Council | Sequoia | 6005 N Tamera Ave | Fresno, CA 93711-3911 | | First Class Mail |
| Local Council | Sequoyah | Po Box 3010 Crs | Johnson City, TN 37602-3010 | | First Class Mail |
| Local Council | Shenandoah Area | 107 Youth Development Ct | Winchester, VA 22602-2430 | | First Class Mail |
| Local Council | Silicon Valley Monterey Bay | 970 W Julian St | San Jose, CA 95126-2719 | | First Class Mail |
| Local Council | Simon Kenton | 807 Kinnear Rd | Columbus, OH 43212-1490 | | First Class Mail |
| Local Council | Sioux | 800 N West Ave | Sioux Falls, SD 57104-5720 | | First Class Mail |
| Local Council | Snake River | 2988 Falls Ave E | Twin Falls, ID 83301-8423 | | First Class Mail |
| Local Council | South Florida | 15255 Nw 82Nd Ave | Miami Lakes, FL 33016-1476 | | First Class Mail |
| Local Council | South Georgia | 1841 Norman Dr | Valdosta, GA 31601-3502 | | First Class Mail |
| Local Council | South Plains | 30 Briercroft Office Park | Lubbock, TX 79412-3036 | | First Class Mail |
| Local Council | South Texas | 700 Everhart Rd Bldg A | Corpus Christi, TX 78411-1939 | | First Class Mail |
| Local Council | Southeast Louisiana | Po Box 1146 | Metairie, LA 70004-1146 | | First Class Mail |
| Local Council | Southern Shores Fsc | 3914 Bestech Rd | Ypsilanti, MI 48197-2262 | | First Class Mail |
| Local Council | Southern Sierra | 2417 M St | Bakersfield, CA 93301-2341 | | First Class Mail |
| Local Council | Southwest Florida | 1801 Boy Scout Dr | Fort Myers, FL 33907-2114 | | First Class Mail |
| Local Council | Spirit Of Adventure | 600 W Cummings Park Ste 2750 | Woburn, MA 01801-6457 | | First Class Mail |
| Insurer | Starr Surplus Lines Insurance Co | 399 Park Ave, Fl 2 | New York, NY 10022-5294 | | First Class Mail |
| Local Council | Stonewall Jackson Area | 801 Hopeman Pkwy | Waynesboro, VA 22980-1825 | | First Class Mail |
| Local Council | Suffolk County | 7 Scouting Blvd | Medford, NY 11763-2241 | | First Class Mail |
| Local Council | Susquehanna | 815 Nway Rd | Williamsport, PA 17701 | | First Class Mail |
| Local Council | Suwannee River Area | 2032 Thomasville Rd | Tallahassee, FL 32308-0734 | | First Class Mail |
| Local Council | Tecumseh Cncl 439 | 326 S Thompson Ave | Springfield, OH 45506-1145 | | First Class Mail |
| Local Council | Texas Southwest Cncl No 741 | Po Box 1584 | San Angelo, TX 76902-1584 | | First Class Mail |
| Local Council | Texas Trails | 3811 N 1St St | Abilene, TX 79603-6827 | | First Class Mail |
| Insurer | The Cincinnati Specialty Underwriters | 6200 S Gilmore Rd | Fairfield, OH 45014-5141 | | First Class Mail |
| Insurer | The Hartford Financial Svcs Group, Inc | One Hartford Plz | Hartford, CT 06155-0001 | | First Class Mail |
| Insurer | The Travelers Companies, Inc | 485 Lexington Ave | New York, NY 10017-2630 | | First Class Mail |
| Local Council | Theodore Roosevelt Council 386 | 544 Broadway | Massapequa, NY 11758-5010 | | First Class Mail |
| Local Council | Three Fires | 4S100 N Route 59 Ste 4 | Naperville, IL 60563-9697 | | First Class Mail |
| Local Council | Three Harbors Cncl 636 | 330 S 84Th St | Milwaukee, WI 53214-1468 | | First Class Mail |
| Local Council | Three Rivers Cncl 578 | 4650 W Cardinal Dr | Beaumont, TX 77705-2797 | | First Class Mail |
| Local Council | Tidewater Cncl 596 | 1032 Heatherwood Dr | Virginia Beach, VA 23455-6675 | | First Class Mail |
| Local Council | Transatlantic | Bsa/Usag Brussels/Unit 28100, Box 24 | Apo, AE 09714 | Belgium | First Class Mail |
| Local Council | Trapper Trails Cncl 589 | 1200 E 5400 S | Ogden, UT 84403-4599 | | First Class Mail |
| Insurer | Travelers Casualty And Surety Company Of America | 1 Tower Sq | Hartford, CT 06183-0001 | | First Class Mail |
| Insurer | Trumbull Insurance Co | 1 Hartford Plaza | Hartford, CT 06105 | | First Class Mail |
| Local Council | Tukabatchee Area | Po Box 11106 | Montgomery, AL 36111-0106 | | First Class Mail |
| Local Council | Tuscarora | Po Box 1436 | Goldsboro, NC 27533-1436 | | First Class Mail |
| Local Council | Twin Rivers | 253 Washington Ave Ext | Albany, NY 12205-5504 | | First Class Mail |
| Local Council | Twin Valley Cncl 283 | 810 Madison Ave | Mankato, MN 56001-6796 | | First Class Mail |
| Local Council | Utah National Parks | 1200 E 5400 S | Ogden, UT 84403-4527 | | First Class Mail |
| Local Council | Ventura County | 509 E Daily Dr | Camarillo, CA 93010-5820 | | First Class Mail |
| Local Council | Verdugo Hills | 1325 Grandview Ave | Glendale, CA 91201-2297 | | First Class Mail |
| Local Council | Voyageurs Area | 3877 Stebner Rd | Hermantown, MN 55811-1733 | | First Class Mail |
| Insurer | W. R. Berkley Corp | 475 Steamboat Rd | Greenwich, CT 06830-7144 | | First Class Mail |
| Local Council | Washington Crossing | 1 Scout Way | Doylestown, PA 18901-4890 | | First Class Mail |
| Local Council | Water And Woods Fsc | 4205 E Court St | Burton, MI 48509-1719 | | First Class Mail |
| Local Council | WD Boyce | 614 Ne Madison Ave | Peoria, IL 61603-3886 | | First Class Mail |
| Local Council | West Tennessee Area | 1995 Hollywood Dr | Jackson, TN 38305-4324 | | First Class Mail |
| Local Council | Westark Area | 1401 Old Greenwood Rd | Fort Smith, AR 72901-4251 | | First Class Mail |
| Insurer | Westchester Surplus Lines Insurance Co | 11575 Great Oaks Way, Ste 200 | Alpharetta, GA 30022-2426 | | First Class Mail |
| Local Council | Westchester-Putnam | 41 Saw Mill River Rd | Hawthorne, NY 10532-1519 | | First Class Mail |
| Local Council | Western Los Angeles County | 16525 Sherman Way Ste C8 | Van Nuys, CA 91406-3753 | | First Class Mail |
| Local Council | Western Massachusetts | 1 Arch Rd Ste 5 | Westfield, MA 01085-1896 | | First Class Mail |
| Local Council | Westmoreland-Fayette | 2 Garden Center Dr | Greensburg, PA 15601-1351 | | First Class Mail |
| Local Council | Winnebago | 2929 Airport Blvd | Waterloo, IA 50703-9627 | | First Class Mail |
| Local Council | Yocona Area | 505 Air Park Rd | Tupelo, MS 38801-7021 | | First Class Mail |
| Local Council | Yucca | 7601 Lockheed Dr | El Paso, TX 79925-2402 | | First Class Mail |
| Insurer | Zurich Financial (Usa) Group | 1299 Zurich Way | Schaumburg, IL 60196-5870 | | First Class Mail |