**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| Future Claimants' Representative, Tort Claimants' Committee, and Coalition of Abused Scouts for Justice, | ) ) ) ) | |
| Petitioners, | ) ) | C.A. No. 21-00392 (RGA) |
| v. | ) ) | Bankruptcy Case No. 20-10343 (LSS) |
| Boy Scouts of America and Delaware BSA, LLC, | ) ) ) | |
| Respondents. | | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Jessica C. Lauria of White & Case, LLP, 1221 Avenue of the Americas New York, New York 10020, and Michael C. Andolina, Matthew E. Linder, Laura E. Baccash and Blair M. Warner of White & Case, LLP, 111 South Wacker Drive, Suite 5100, Chicago, Illinois 60606-4302 to represent respondents Boy Scouts of America and Delaware BSA, LLC in the above-captioned action.

                                                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                    */s/ Paige N. Topper*
                                                    Derek C. Abbott (No. 3376)
                                                    Andrew R. Remming (No. 5120)
                                                    Eric W. Moats (No. 6441)
                                                    Paige N. Topper (No. 6470)
                                                    1201 North Market Street, 16th Floor
                                                    Wilmington, Delaware 19801
                                                    Telephone: (302) 658-9200
                                                    Email: dabbott@morrisnichols.com
                                                             aremming@morrisnichols.com
                                                             emoats@morrisnichols.com
                                                             ptopper@morrisnichols.com

May 5, 2021

                                                    *Attorneys for Respondents*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Jessica C. Lauria, Michael C. Andolina, Matthew E. Linder, Laura E. Baccash, and Blair M. Warner is granted.

Dated: _____    _____
                                  THE HONORABLE RICHARD G. ANDREWS
                                  UNITED STATES DISTRICT JUDGE

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and the United States District Court for the Northern District of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: May 5, 2021                     */s/Matthew E. Linder*
                                                        Matthew E. Linder
                                                        WHITE & CASE LLP
                                                        111 South Wacker Drive
                                                        Suite 5100
                                                        Chicago, IL 60606-4302
                                                        Telephone:  (312) 881-5400
                                                        Email:  mlinder@whitecase.com

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, United States Court of Appeals for the Seventh, Ninth and Eleventh Circuits and the United States District Court for the Northern and Southern Districts of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: May 5, 2021                                            */s/ Michael C. Andolina*
                                                            Michael C. Andolina
                                                            WHITE & CASE LLP
                                                            111 South Wacker Drive
                                                            Suite 5100
                                                            Chicago, IL 60606-4302
                                                            Telephone: (312) 881-5400
                                                            Email: mandolina@whitecase.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of New York and Illinois, and the United States District Court for the Northern District of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: May 5, 2021

/s/ Jessica C. Lauria
Jessica C. Lauria
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 819-8200
Email:  jessica.lauria@whitecase.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: May 5, 2021              */s/ Blair M. Warner*  
                                                    Blair M. Warner  
                                                    WHITE & CASE LLP  
                                                    111 South Wacker Drive  
                                                    Suite 5100  
                                                    Chicago, IL 60606-4302  
                                                    Telephone:  (312) 881-5400  
                                                    Email:  blair.warner@whitecase.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and the United States District Court for the Northern District of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: May 5, 2021

/s/ *Laura E. Baccash*
Laura E. Baccash
WHITE & CASE LLP
111 South Wacker Drive
Suite 5100
Chicago, IL 60606-4302
Telephone: (312) 881-5400
Email: laura.baccash@whitecase.com